Tracy WOODY, Plaintiff–Appellant,

v.

CENTURA BANK, INCORPORATED/RBC Centura Bank, Defendant–Appellee.

No. 03–1654.

United States Court of Appeals, Fourth Circuit.

Submitted July 8, 2003.

Decided July 23, 2003.

Tracy Woody, Appellant Pro Se. Timothy Wood Wilson, Poyner & Spruill, Rocky Mount, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Tracy Woody appeals the district court's order dismissing her civil action for failure to comply with Fed.R.Civ.P. 8, 12(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woody v. Centura Bank Inc.,* No. CA–02–176–5–H (E.D.N.C. Apr. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*